# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARR ROWELL, | Case No. 3:10-cv-00098-LRH-WGC |
| Petitioner, | **ORDER** |
| v. | |
| JACK PALMER, et al., | |
| Respondents. | |

Petitioner has filed a motion for merits decision (ECF No. 67) and a motion for oral argument (ECF No. 68). He does nothing other than try to relitigate issues that the court already has decided.

IT THEREFORE IS ORDERED that petitioner's motion for merits decision (ECF No. 67) is **DENIED**.

IT FURTHER IS ORDERED that petitioner's motion for oral argument (ECF No. 68) is **DENIED**.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED this 19th day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1